**DISMISS and Opinion Filed January 14, 2019**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-01348-CR**

**KYLE VINCENT CISNEROS-SHELBY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81837-2017**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Myers, and Justice Carlyle
Opinion by Chief Justice Burns

The Court has before it appellant's January 2, 2019 motion to dismiss the appeal, signed

by appellant and his appellate counsel. We grant the motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss this appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
181348F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KYLE VINCENT CISNEROS-SHELBY,
Appellant

No. 05-18-01348-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-81837-2017.
Opinion delivered by Chief Justice Burns,
Justices Myers and Carlyle participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered January 14, 2019.